U S DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

MAY 0 2 2016

_____ PERRY, CLERK
BY
_____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MAINE, BANGOR DIVISION
# "THE MAINE BAIL COMMISSIONER'S EXTORTION"

Amended (Venue)

**Complaint for a Civil Case**

| | |
|---|---|
| Bradley Williams | |
| Versus | Case No. _____ |
| Every Judge, District Attorney, Police Officer & Bail Commissioner in Maine | Related Case No. 1:16-cv-00211-DBH |
| & | |
| Maine Association of Police | Trial by Jury is Requested |
| & | |
| Maine State BAR Association | |

## I. The Parties to This Complaint

**The Plaintiffs**

Bradley Williams, 58 City Point Rd. Belfast, ME. 04915

Waldo County, 207-323-7755, 616ozpbrs@gmail.com

And Others TBA, Class action

**The Defendants:**

Chief Justice Leigh Shaufley, Maine Supreme Judicial Court, 205 Newbury St.

Room 137, Portland, ME 04101-4125, 207-822-4286.

Stephen McCausland, Maine State Police director of public safety, Augusta,

Chief of ME State Police Col. Robert Williams, 162 W Front Street, Skowhegan, ME. 04976, Robt.a.williams@maine.gov

Sheriff Jeff Trafton, Waldo County Sheriff's Office, Belfast, ME 04915

Police Chief Mike McFadden, Belfast PD, 112 Church Street, Belfast, ME 04915

Deputy Merl Reed, Waldo County Sheriffs, Belfast, ME. 04915

Bail Commissioner Michael W. Crowley, 765 Cape Jellison Rd. Stockton Springs

Judge Worth, Belfast District Court, Church St. Belfast, ME 04915

Judge Murray, Belfast Superior Court, Church St. Belfast, ME 04915

Attorney General Janet Trafton Mills, 6 State House Stn, Augusta, ME 04333

District Attorney Neal McLean, Waldo County Courthouse, Belfast, ME. 04915

## II.   Preamble:

Extortion is obtaining money through coercion. Ignorance of the law is no excuse; therefore, the Defendant's enhanced knowledge of the law makes their extortions exponentially more egregious. Maine is the last state in our union to finally outlaw this "archaic hold-over to the 19th Century", as one of the judge Defendants has described the State of Maine's draconian and unconstitutional "bail commissioner's fee". Another Defendant judge said it's "fraught with problems". They all know that this is extortion, but very few care.

The Chief Justice of the State appoints his or her cronies, who are untrained and unqualified in any way, to set the bail amounts, if any, and to impose a $60 fee for their troubles, which is non-refundable regardless of innocence. This feels like rape to the innocently accused, and a betrayal of faith by the system.

To the innocent Defendant such as the Plaintiff, this is simple theft; not one person is entitled to the $60 extracted from the innocent party's pocket and they all know it. They actually sneer and laugh in their victim's faces when asked for the refund, yet they are well schooled in the definition of "extortion". They are the commonest of thieves under the commonest of laws.

Any victim that walks into an attorney's office walks into a stone wall; not one attorney

dares to take on this sacred cow that has been slaughtered in every other of the forty-nine states, and have left this dyslexic, visually-impaired injured party shivering naked in the law, undefended by any attorney in Maine, all aspiring to the bench, where the more seasoned of the extortionists remain ensconced.

This reluctant pro se Plaintiff is a babe in the woods, and has no way of knowing if perhaps the Federal Judge is not a wolf in sheep's clothing, and cut of the same cloth. Although he hopes for a real Judge, this judge must not come from the ranks of the Maine extortionists, and must be from away. Furthermore, it is plain that since this action is against an army of judges, that the Jury be fully informed of their constitutional responsibility to nullify the offensive laws, if necessary.

The injured party has nowhere to turn but to this Federal Court for relief, for this thievery extends from the top to the bottom of the Maine State government, and they all play along because it is their revenue stream, and no one dare stop them until now.

The State of Maine passed the Tort Reform Claims Act MRS Title 15, §§ 1023, 3, "Immunity from liability; a person serving as bail commissioner is immune from any civil liability, as are employees of governmental agencies under MRS Title 14, §§ 741 "for acts performed within the scope of the bail commissioner's duties".

This law is an obvious invitation and an incentive to lawlessness, and the police, guns, clubs and jails are their tools of extortion. The Plaintiff was innocent and had posted his bail, but the commissioner said, "No, you can't go home until you have paid me $60 for coming down and unlocking the door that my associates should have never locked." The Plaintiff posted bail twice, and was refunded once.

The money should be paid by the false accusers and the false arresters, or forfeited by the unhappy commissioner who may lose one in a hundred, but not by the innocent victims. These people learned in the law all know this, yet they persevere in their extortions, and they have for years.

Any law that grants blanket immunity to anyone is grotesquely anti-constitutional and it is the solemn sworn duty of this Federal Court to strike this last vestige of feudalism and institutionalized thievery from the courts, DA's, police and bail commissioners of Maine. The courts have correctly abolished it in every state but shamefully our beloved Maine.

This court must overturn the above acts now as thievery and anti-constitutional.

II. Jurisdiction

1. Jurisdiction is under 28 USC §§ 1331, 1343: 42 USC §§ 1983-1986, 1961-1966; 18 USC §§ 242, 245, 246: 18 USC §§ 3, and under the Constitution and the laws of the United States. This state-sponsored extortion scheme is treason. This is obvious deprivation of rights under color of law. RICO 42 USC §§ 1961- 1966; more TBA. The pleading standard is met for retaliatory prosecution re: Hartmann V Moore.

2. The Defendants are all judges, attorneys, police and appointed officials and are presumably US citizens and residents of Maine.

3. The Defendants also include every subordinate judge, district attorney, cop and bail commissioner under the named Defendants, and any colleagues, assignees or associates that involve themselves in this extortion scheme.

4. 18 USC §§ 242 Deprivation of rights which results in a kidnapping is a capital offense. Plaintiff, who was kidnapped, will not be seeking the death penalty.

## III. Venue

The Defendants are presumably all cronies and colleagues of the Federal Court Judges residing in Maine. Venue would ideally be a Federal Court in another state. However, the pro se Plaintiff acknowledges the impracticality of this in this very unusual situation and must defer to the wisdom of this court, and pray that the Judge reaffirms the oath sworn to uphold and defend the Constitution. The extorted people of Maine are in this courts Constitutional hands, and this court is the proper venue.

## IV. Statement of Claim:

The Plaintiff experienced a retaliatory prosecution for mailing a court ordered motion to the notorious not-yet prosecuted pedophile drummer of Phish, see exhibits A & B, and was jailed on a Friday night. He had exactly $560 in his billfold. The bail commissioner amazingly set the bail at $500 for 6 retaliation charges, and then extorted $60 from the Plaintiff. He said "what's in your wallet?" and took it all to the very last penny. Again, they retaliated towards the Plaintiff for mailing a court motion, and converted it into six criminal complaints, extorted the money and later dismissed the bogus charges, trampling his legal process, the Constitution and obstructing justice.

The Plaintiff protested to everyone that his arrest in retaliation for mailing a court motion to his false accusers, that his false-accuser was an unregistered, unprosecuted serial sex-offender, and that this was extortion. Michael Crowley extracted his $60 above and beyond the $500 bail amount, and spent it, without holding it in escrow like the bail; clearly

common law theft.

The court astonishingly and sickeningly circled their wagons around the wealthy pedophile creating a David versus Goliath atmosphere, and this Federal Court action is David's solitary stone, while Goliath is about to commit sex-crimes on stage again, as evidenced by his attorney stating in the paper "he likes to get naked on stage," which is a sex crime against 1000's. His attorney is now positioning himself as an accessory before the fact of sex crimes against children.

After over an agonizing year of abuse at the hands of this treasonous state court the charges were dropped for lack of merit, the $500 was refunded correctly, but the bail commissioner kept the $60 stolen from the innocent man, secure in the knowledge that his theft is officially sanctioned and protected by every judge, cop and prosecutor in the State of Maine.

### IV. Relief

The Plaintiff wants his $60 back and the offensive laws overturned, and the monies returned to all of their victims, as well as all tainted cases ruled upon by these tainted extortionist oath-breaking Judges be over-turned. Punitive damages are requested as well.

V. Service: The pro se dyslexic visually impaired impoverished Plaintiff requires the chiefs of the judges and various police to all forward copies to their subordinates as service. The proper service of documents is their field of expertise and not the Plaintiff's. Defendants have means to identify their fellow Defendant's and have the contact information of their subordinates, and the means of delivering service to all in an efficient and timely fashion; whereas Plaintiff does not. Notice to principal is notice to agent, etc.

### VI. Certification and Closing

> Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.
>
> A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 18th, 2016.

5/2/2016

**Signature of Plaintiff** _____/s/_____

**Printed Name of Plaintiff**   Bradley Williams