UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| BRADLEY PAUL WILLIAMS, )<br>)<br>PLAINTIFF )<br>)<br>V. )<br>)<br>EVERY JUDGE IN MAINE, ET AL., )<br>)<br>DEFENDANTS ) | CIVIL NO. 1:16-CV-235-DBH |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On September 26, 2016, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision on Motion for Injunctive Relief. The time within which to file objections expired on October 13, 2016, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion for injunctive relief is **DENIED**.

SO ORDERED.

DATED THIS 17TH DAY OF OCTOBER, 2016

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE