# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **BRADLEY PAUL WILLIAMS,** )<br>)<br>    **PLAINTIFF** )<br>)<br>**V.** )<br>)<br>**EVERY JUDGE IN MAINE, ET AL.,** )<br>)<br>    **DEFENDANTS** ) | **CIVIL NO. 1:16-CV-235-DBH** |

## ORDER ON MOTION FOR RELIEF FROM JUDGMENT

The plaintiff's motion for relief from judgment (ECF No. 20) is **DENIED**. The plaintiff has shown no ground for his failure to object to the Magistrate Judge's Recommended Decision.

**SO ORDERED.**

**DATED THIS 7TH DAY OF NOVEMBER, 2016**

                                                /S/ D. BROCK HORNBY
                                                **D. BROCK HORNBY**
                                                **UNITED STATES DISTRICT JUDGE**